349 A.2d 912

**In re ESTATE of Anna C. BURGER, Deceased.**

**Appeal of John J. BURGER.**

Supreme Court of Pennsylvania.

Jan. 29, 1976.

John S. Neal, Jr., Neal & Patton, Levittown, for appellant.

Anthony A. Mandio, Bristol, for appellee William Burger.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Decree affirmed. Appellant pay costs.